UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| Ginier Delgado Diaz,<br><br>　　　　　Plaintiff,<br><br>– against–<br><br><br>Equifax Information Services, LLC, and<br>Banco Popular de Puerto Rico,<br><br>　　　　　Defendant(s). | Civil Action No. 5:22-cv-462-GAP-PRL |

## NOTICE OF PENDING SETTLEMENT

COMES NOW the Plaintiff Ginier Delgado Diaz, by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure and files this Notice of Pending Settlement of all claims against Defendants Equifax Information Services, LLC and Banco Popular de Puerto Rico. A settlement of the claims has been reached, but the final documentation has not yet been processed. This Notice is filed for the purpose of requesting relief from the Court's requirement that discovery and case management reports, scheduling and docket control orders, additional discovery and pleadings be completed and filed by the parties.

Respectfully submitted this the 9th day of March, 2023.

**GINIER DELGADO DIAZ**

**Counsel for Plaintiff:**

/s/ Thomas Bellinder
Thomas Bellinder, Esquire (Bar No. 65254)
180 Maiden Lane, 27th Floor
New York, NY 10038
(866) 707-4595
Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Thomas J. Bellinder, hereby certify that a true and correct copy of the foregoing has been filed with the clerk of court via the ECF system which should provide a copy to counsel of record for all parties who have appeared in this matter via electronic means.

                                                This the 9th day of March, 2023.
                                                BY: __ /s/ Thomas J. Bellinder, Esq. _____